Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Christopher R. Proctor

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER R. PROCTOR,<br><br>         Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>         Defendants. | Case No.: 2:20-cv-01154-RGK-GJS<br><br>[~~PROPOSED~~] ORDER |

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 19, 2020

*/s/ Gary Klausner*

Hon. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE